JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTONIO CUEVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAILERS PLUS, a California Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 22−CV−05274−JFW−SKx<br><br>**ORDER RE STIPULATION TO SUBMIT ACTION TO BINDING ARBITRATION AND DISMISS WITOUT PREJUDICE** |

Pending before the Court is a Stipulation to Submit Action to Binding Arbitration and to Dismiss Without Prejudice (ECF no. 11). The stipulation is approved. The parties have stipulated that this entire action be submitted to binding arbitration. Accordingly, no claims remain pending for decision by this Court. This action is dismissed without prejudice. See *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014). This Order does not preclude either party from returning to court to confirm, vacate, or modify the arbitration award as provided in 9 U.S.C. § 1 et seq.

IT IS SO ORDERED.

Dated: August 3, 2022

Hon. John F. Walter, U.S. District Judge

421801.1